1
2
3
4
5
6              IN THE UNITED STATES DISTRICT COURT

7           FOR THE EASTERN DISTRICT OF CALIFORNIA

8   UNITED STATES OF AMERICA,        )   Case №: 5:25-MJ-00030-1-CDB
                                     )
9              Plaintiff,            )         **O R D E R**
                                     )     **APPOINTING COUNSEL**
10            vs.                    )
                                     )
11  JOSE LUIS CHAVEZ-NAVARRETE,      )
                                     )
12            Defendant.             )
                                     )
13  _____ )

14        The above named Defendant has, under oath, sworn or affirmed as to his financial

15  inability to employ counsel or has otherwise satisfied this Court that he is financially unable to

16  obtain counsel and wishes counsel be appointed to represent him.  Therefore, in the interests of

17  justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

18        IT IS HEREBY ORDERED that Roger H. Ponce be appointed to represent Defendant in

19  this case effective *nunc pro tunc* to May 13, 2025, for the arraignment and detention hearing

20  only.

21  IT IS SO ORDERED.

22     Dated:   **May 13, 2025**

23                                          UNITED STATES MAGISTRATE JUDGE

24
25
26
27
28